132

The record consists of the following:

1. Complaint
2. Joint Stipulation

It appears that claimant did furnish services to the State of Illinois in the amount of $443.50.

An award is, therefore, made to claimant, Transworld Van Lines, Inc., a/k/a Majestic Warehouses, Inc., in the amount of $443.50.

(No. 5815-

HAZEL C. CASE, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 18, 1971.*

EDWARD H. ENRIGHT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5850-

A. EPSTEIN AND SONS, INC., Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC WORKS AND BUILDINGS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed February 18, 1971.*

RICHARD H. ROGERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.